1

2

3

4

5        **UNITED STATES DISTRICT COURT**

6        **DISTRICT OF NEVADA**

7

8    AARON BEAVER,

9         Petitioner,                              2:16-cv-00836-GMN-VCF

10   vs.
                                              **ORDER**
11   STATE OF NEVADA, *et al.*,

12        Respondents.

13   _____/

14

15        In this case,  on April 12, 2016, Aaron Beaver, a prisoner at the Clark County Detention

16   Center, submitted for filing a document that purports to be a petition for writ of habeas corpus

17   pursuant to 28 U.S.C. § 2241 (ECF No. 1).  Beaver did not pay the $5 filing fee.  Then, on

18   April 20, 2016, Beaver filed an application to proceed *in forma pauperis* (ECF No. 2), and a

19   document entitled "Verified Complaint and Motion for Relief" (attached to the application to

20   proceed *in forma pauperis*, at ECF No. 2).

21        Beaver's application to proceed *in forma pauperis* is not on the form for such an application

22   approved by this Court, and does not provide the information necessary for the Court to determine

23   whether Beaver qualifies for *in forma pauperis* status.

24        Similarly, Beaver's habeas petition is not on the form approved by the Court, and is

25   incomplete and, as drafted, is plainly without merit.

26

1    Beaver's "Verified Complaint and Motion for Relief," like his habeas petition, cites

2    28 U.S.C. § 2241, but seeks damages.  That document is more in the nature of a civil rights

3    complaint, perhaps pursuant to 42 U.S.C. § 1983, than a petition for writ of habeas corpus under

4    28 U.S.C. § 2241.  But, at any rate, the claims set forth in the document are completely conclusory,

5    and, again, as drafted, plainly without merit.

6    For the reasons stated, Beaver's application to proceed *in forma pauperis* will be denied, and

7    this case will be dismissed without prejudice to Beaver initiating a new habeas corpus action, and/or

8    a civil rights action.

9    If Beaver wishes to initiate a new habeas corpus action, he must submit a fully completed

10   petition for writ of habeas corpus on a correct form, together with payment of the correct filing fee or

11   an application to proceed *in forma pauperis*, on a correct form and fully completed.  If Beaver

12   wishes to initiate a civil rights action, he must submit a fully completed civil rights complaint on a

13   correct form, together with payment of the correct filing fee or an application to proceed *in forma*

14   *pauperis*, on a correct form and fully completed.

15   **IT IS THEREFORE ORDERED** that petitioner's Application for *in Forma Pauperis*

16   (ECF No. 2) is **DENIED**.

17   **IT IS FURTHER ORDERED** that this action is dismissed without prejudice.

18   **IT IS FURTHER ORDERED** that the Clerk of the Court shall send to petitioner, along

19   with a copy of this order, two copies of the form for a petition for a writ of habeas corpus, two copies

20   of the form for a civil rights action brought by a prisoner, four copies of the form for an application

21   to proceed *in forma pauperis* for a prisoner, and any available instructions regarding those forms.

22   **IT IS FURTHER ORDERED** that the Court will accept no further filings in this case.

23

24   Dated this ___22___ day of April, 2016.

25

26
                                                    _____
                                                    UNITED STATES DISTRICT JUDGE

2